# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

———————

m 99-31305

———————

KENNETH C. DUCHESNE,

Plaintiff-Appellee,

VERSUS

HERCULES OFFSHORE CORPORATION,

Defendant-Appellant.

———————————

Appeal from the United States District Court
for the Western District of Louisiana
(98-CV-300)

———————————

December 8, 2000

Before POLITZ, SMITH, and PARKER,
Circuit Judges.

PER CURIAM:[*]

In this Jones Act case, the employer appeals a finding of 100% liability for plaintiff's back injury. We have reviewed the briefs and applicable law and pertinent portions of the record and have heard the arguments of counsel.

Especially given the highly deferential standard of review, we see no reversible error. the judgment, accordingly, is AFFIRMED.

———————

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.